294

BEFORE THE FIRST DIVISION, JULY 26, 1956

**No. 60119.**—Pressure Castings, Inc. *v.* United States, protest 148815–K (Buffalo).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of zinc alloy ingots similar in all material respects to those the subject of Abstract 58106, the claim of the plaintiff was sustained.

**No. 60120.**—H. S. Import Co., Inc. *v.* United States, protest 259680–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones of different sizes and shapes, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.